UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-07190-GW (MLG) | Date | February 4, 2009 |
|---|---|---|---|
| Title | Darron Stephen Reynolds v. Anna Park, et al. | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge | |
|---|---|---|
| Terri Steele | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**   In Chambers: Order to Show Cause Why Complaint Should Not Be Dismissed

   On December 12, 2008, the Court entered an order dismissing Plaintiff's Complaint with leave to amend. He was granted an extension of time and instructed to file a first amended complaint no later than January 26, 2009. A first amended complaint has yet to be filed.

   It is ORDERED that Plaintiff show cause in writing on or before February 20, 2009, why this action should not be dismissed for failure to prosecute. Fed.R.Civ.P. 41(b). The response to the order must be accompanied by a first amended complaint. **Plaintiff is advised that if he fails to respond to this order and fails to file a second amended complaint in accordance with the requirements of this order and the December 12, 2008 order, the complaint will be dismissed without further notice**

                                                                         _____ : _____
                                                   Initials of Clerk      ts