# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-7190-GW (MLG) | Date | January 4, 2010 |
|---|---|---|---|
| Title | Darren Stephen Reynolds v. City of Inglewood, et al., | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge | |
|---|---|---|
| Terri Steele | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   (In Chambers)  Order Denying Motion for Reconsideration of Order Denying Motion for Appointment of Counsel

Plaintiff's motion for reconsideration is **DENIED**. As stated in the order filed November 2, 2009, denying the motion for appointment of counsel:

This Court lacks the authority to require counsel to represent indigent plaintiffs in civil rights cases. *Mallard v. U.S. Dist. Court for Southern Dist. of Iowa*, 490 U.S. 296, 310 (1989).  In certain exceptional cases, the Court has the discretion to request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). *Agyeman v. Corrections Corp. of America*, 390 F.3d 1101, 1103 (9th Cir. 2004); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991)(citing former § 1915(d)); *Wood v. Housewright*, 900 F.2d 1332, 1335 (9th Cir. 1990).  Appointment of counsel is based on such factors as the likelihood of success on the merits and the ability of the plaintiff to articulate his claims in light of their complexity. *Agyeman*, 390 F.3d at 1103;  *Wood*, 900 F.2d at 1335;  *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).

Plaintiff has not demonstrated a likelihood of success on the merits. Morever, Plaintiff has also failed to demonstrate that the complexity of the case is of such an extraordinary nature as to warrant the appointment of counsel. *See e.g., Allen v. Calderon*, 408 F.3d 1150, 1153 (9th Cir. 2005); *Agyeman*, 390 F.3d at 1103-04.  Plaintiff has not demonstrated that he is unable to articulate or present his claims.

Plaintiff's request for reconsideration is predicated upon his claim that counsel for Defendants is suppressing relevant information and misleading the Court. There is no compelling evidence to support this claim. Moreover, Plaintiff's placement is administrative segregation does not warrant the appointment of counsel.

                                                                                                                                        :

Initials of Clerk      sdm