UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-7190-GW (MLG) | Date | March 3, 2010 |
|---|---|---|---|
| Title | Darren Reynolds v. City of Inglewood, et al. | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge | |
|---|---|---|
| Terri Steele | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:** In Chambers: Order Construing Plaintiff's Response to Order to Show Cause as Objections to the Report and Recommendation

On February 2, 2010, the Court issued a Report recommending that Defendants' motion for summary judgment be granted. On February 24, 2010, Plaintiff filed, with the assistance of an attorney who has yet to make an appearance in this case, a document called "Plaintiff's Response to Order to Show Cause Why Case Should Not Be Dismissed." As the Court has not issued an order to show cause, the document shall be construed as an Objection to the Report and Recommendation. Fed.R.Civ.P. 72(b)(2).

Having reviewed the objections, the Court again finds that there is no genuine issue of material fact with respect to any of the claims made against the named Defendants, and recommends that the action be dismissed with prejudice.

Plaintiff's claim that he was unable to prosecute this action from July 31, 2009 to February 14, 2010, because he was in administrative segregation, is belied by his filing of motions for relief on September 14, 2009, November 2, 2009, and December 28, 2009. Plaintiff's claim that relief is not warranted because there was no meeting of counsel as required by L.R. 7-3 is meritless, as Plaintiff is not and was not represented by counsel.

:

Initials of Clerk    ts