JS-6 / ENTER

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 21 2010

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DARREN REYNOLDS,                    )   Case No. CV 08-7190-GW (MLG)
                                    )
        Plaintiff,                  )   JUDGMENT
                                    )
        v.                          )
                                    )
ANNA PARK, et al.,                  )
                                    )
        Defendant                   )
_____)

    IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: July 20, 2010

_____
George H. Wu
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 22 2010

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY